RICK A. YARNALL
CHAPTER 13 BANKRUPTCY TRUSTEE                                         E-FILED
701 Bridger Ave
Suite 820
Las Vegas, NV 89101
(702) 853-4500

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

IN RE:                                         CASE NO: BKS-12-21635-BTB
JACKIE L. ROBINSON

                                               CHAPTER 13
                                               Hearing Date:   January 03, 2013
                                               Hearing Time:   1:30 pm

CLEMENT LAW OFFICES
Attorney for the Debtor

**TRUSTEE'S OPPOSITION TO CONFIRMATION OF PLAN #0
COMBINED WITH TRUSTEE'S RECOMMENDATION FOR DISMISSAL**

   The Trustee herein, Rick A. Yarnall, hereby objects to confirmation of Plan and hereby represents the following:

   The debtor(s) filed for Chapter 13 relief on 10/11/2012.  The 341(a) Meeting of Creditors held on November 27, 2012 at 11:00 am was:

- continued to January 8, 2013   9:00 am

   The Trustee objects to confirmation of the Chapter 13 Plan for the following reason(s):

- Debtor(s) failed to appear[11 USC 341 (a)]:  .
- Debtor(s) failed to commence Plan payments [11USC 1326 (a) (1)]
- Debtor(s) are delinquent in plan payments
- Debtor(s) failed to timely file Schedules, Statements, and/or Plan [B.R. 1007 (a)(c)]
- Amendment to B22(c):  Form is blank
- The debtor(s) has failed to cooperate with the Trustee [11 USC 521 (3)] as the following document(s) were not provided:
  - Original signature(s) on B21 and/or ECF
  - Tax returns:  2008-2011
  - Debtor failed to provide copy of most recent tax return for tax year 2011 not less than 7 days prior to the Sect. 341 hearing as required pursuant to Sect. 521(e)(2)(A)(i).
  - Pay stubs:  April-September; Provide verification of all sources of income received each month thru confirmation of plan
  - Bank statments:  April-October: all accounts
- Plan not filed

THEREFORE, the Trustee objects to confirmation for the foregoing reasons and recommends that this case be dismissed.

   Dated:  November 29, 2012

   /s/ Rick A. Yarnall
   Rick A. Yarnall, Chapter 13 Trustee